IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVID STARKS-EL ) | |
| ) | |
| v. ) | 3:05-MC-80-R |
| ) | |
| LUPA VALDEZ ) | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS ORDERED that Movant's Application for Leave to File is DENIED.

Signed this __3__ day of __Aug.__, 2005.

_____
JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE

# CLOSED

3:05-MC-80-R

**DATE:** ___8-3-05___

**TRIAL:** Yes ___   No ✓